## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* RICHARD BAER, and ) | |
| DEBORAH WILHELM ) | |
| ) | Case No. 13-CV-223 |
| Plaintiffs and Relators, ) | |
| ) | Judge James D. Peterson |
| v. ) | |
| ) | |
| MARRY LUDDEN, NATIONAL ) | |
| GOVERNMENT SERVICES, and ) | |
| ANTHEM, INC., ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs/Relators Richard Baer and Deborah Wilhelm hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the thirtieth day of March, 2016.

Dated: April 26, 2016  Respectfully submitted,

/s/ Mark A. Cameli

Mark A. Cameli
*Counsel of Record*
REINHART BOERNER VAN DEUREN s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
TEL: (414) 298-1000
FAX: (414) 298-8097
Email: Mcameli@reinhartlaw.com

Linda Wyetzner
Daniel Hergott
BEHN & WYETZNER, CHARTERED
828 Davis Street, Suite 303
Evanston, Illinois 60201
TEL: (312) 629-0000
FAX: (224) 420-3172
Email: Lwyetzner@BehnWyetzner.com

*Attorneys for Relators Baer and Wilhelm*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL** was served on all counsel of record via the Court's CM/ECF system on April 26, 2016.

/s/ Mark A. Cameli
Mark A. Cameli